JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| Rimon Consultancy and Management Services, Ltd., a corporation organized under the laws of Israel, doing business as Rimon Ltd., <br><br> Plaintiff, <br><br> vs. <br><br> Sustainable Environmental Technologies Corporation, a California corporation f/k/a RG Global Lifestyles, Inc.; RG Global Lifestyles, Inc., a California corporation and DOES 1-10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No.: 5:13-cv-00900-FMO (DTBx) <br><br> [PROPOSED] JUDGMENT <br><br> [F.R.C.P. Rule 58] <br><br> [L.R. 52-8] <br><br> Hon. Fernando M. Olguin <br><br> Complaint Filed: 05/16/2013 <br> Discovery Cut-Off: 02/25/2014 <br> Trial Date: 09/02/2014 |

[PROPOSED] JUDGMENT—PAGE 1

**WHEREAS,** on May 16, 2013, Plaintiff and Counter-Defendant Rimon Consultancy and Management Services Ltd., a corporation organized and existing under the laws of Israel ("Rimon" or "Plaintiff") filed its Complaint in this action seeking judgment on a Promissory Note in the face amount of $410,500 ("Note");

**WHEREAS,** on August 8, 2013, Rimon filed a First Amended Complaint ("FAC");

**WHEREAS,** on August 26, 2013, Defendant and Counter-Claimant Sustainable Environmental Technologies Corporation, a California corporation f/k/a/ RG Global Lifestyles, Inc., a California corporation ("SETC") filed a Counterclaim. (See Dkt. No. 17);

**WHEREAS**, on June 4, 2014, this Court granted the parties' stipulation for substitution of party name, changing the name of the Defendant and Counter-Claimant to HJG Holdings, LLC, a California limited liability company f/k/a Sustainable Environmental Technologies Corporation, a California corporation f/k/a/ RG Global Lifestyles, Inc., a California corporation ("HJG-LLC"). See Dkt. No. 34.

**WHEREAS**, on July 28, 2014, the Court awarded Rimon's motion for partial summary judgment on the FAC, finding Rimon to be entitled to the sum of Six-Hundred Fifty-Seven Thousand, Seven-Hundred Thirty-One and 53/100 Dollars ($657,731.53), as of February 6, 2014, plus annual interest accruing at the rate of 10%, and stated that judgment would be rendered accordingly upon resolution of the action. See Dkt. No. 45, p. 10.

**WHEREAS,** on August 22, 2014, on the record at the final pretrial conference, the parties stipulated to the dismissal of HJG's Counterclaim with prejudice. The Court advanced and vacated the trial date, and ordered the parties to file a proposed judgment by August 25, 2014. See Dkt. No. 51.

1     **WHEREAS,** after various filings and an August 29, 2014 status conference,
2 it has been stipulated and is hereby ordered that HJG-LLC has converted out and
3 that its successor-in-interest is Defendant and Counter-Claimant HJG Holdings
4 Limited, a British Virgin Islands limited liability company f/k/a HJG Holdings,
5 LLC, a California limited liability company f/k/a Sustainable Environmental
6 Technologies Corporation, a California corporation f/k/a/ RG Global Lifestyles,
7 Inc. ("HJG");

8     **WHEREAS**, interest damages in favor of Rimon from February 7, 2014 to
9 September 2, 2014 total the sum of $23,393.76;[1]

10     **WHEREAS**, the parties have stipulated that Rimon is entitled to costs of
11 $505.00 for the filing fee ($400) and service fees ($105).

12     **WHEREAS**, as of September 2, 2014, pursuant to the judgment in this
13 action, HJG owes Rimon the sum of $681,630.29 [$657,731.53 + $23,393.76 +
14 $505.00 = $681,630.29].

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///

---

[1] Between February 7, 2014 and September 2, 2014, there are 208 days. Interest on the $410,500 Note accumulated at $112.47 per day. [$410,500 * 0.1/365 = $112.47]. Daily interest of $112.47 times 208 days equals $23,393.76.

**THEREFORE**, the Court awards judgment in favor of Rimon and against Defendant and Counter-Claimant HJG Holdings Limited, a British Virgin Islands limited liability company f/k/a HJG Holdings, LLC, a California limited liability company f/k/a Sustainable Environmental Technologies Corporation, a California corporation f/k/a/ RG Global Lifestyles, Inc., in the amount of Six-Hundred Eighty-One Thousand, Six Hundred Thirty and 29/100 Dollars ($681,630.29), plus interest pursuant to 28 U.S.C. § 1691 until satisfied.

DATED: September 2, 2014

/s/
The Hon. Fernando M. Olguin
United States District Court Judge

Approved as to form:

/S/
Richard Millar, Esq.
Counsel for Defendant and Counter-Claimant HJG

Approved as to form:

/S/
Nathan D. Wirtschafter, Esq.
Counsel for Plaintiff and Counter-Defendant Rimon